IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**GULF GUARANTY LIFE**     **PLAINTIFF**
**INSURANCE COMPANY**

V.     CIVIL CASE NO. 3:23-cv-435-KHJ-MTP

**UNITED STATES DEPARTMENT**
**OF AGRICULTURE FOREST SERVICE**     **DEFENDANT**

## NOTICE OF REMOVAL

**To the United States District Court for the**
**Southern District of Mississippi**

    1. Defendant United States Department of Agriculture Forest Service ("Federal Defendant"), acting by and through the undersigned attorney, hereby gives notice of its removal of the civil action brought against it, among others, on April 14, 2023, in the Chancery Court of Sharkey County, Mississippi, styled *Gulf Guaranty Life Insurance Company vs. United States Department of Agriculture Forest Service* and numbered 23-016.

Under the provisions of 28 U.S.C. §§ 1442(a)(1) and 1446, Federal Defendant removes this action to the United States District Court for the Southern District of Mississippi, Northern Division, which is the Federal district court for the judicial district and division in which the state court action is pending.

2. The removed civil action purports to assert a claim of trespassing against Federal Defendant[1] in Sharkey County, Mississippi.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(l) because it is filed within thirty (30) days after Federal Defendant received correspondence dated June 28, 2023, from Plaintiff's counsel that included a copy of Petitioner's state court pleading and related documents for a default. The Plaintiff has not properly served the Federal Defendant or the United States with the petition.

4. Federal Defendant attaches to this Notice of Removal as Attachment 1 copies of the papers received by Federal Defendant, including the June 28, 2023 correspondence; and as Attachment 2 the Civil Cover Sheet. A copy of the entire state court record will be filed within fourteen (14) days of this

---

[1] To the extent this is a claim seeking money damages (e.g., the Petition requests "expenses" and "other costs"), then it is governed by the Federal Tort Claims Act, 28 U.S.C. § 2671 *et. al.*, and the only proper defendant is the United States.

removal in accordance with Local Rule 5(b)(1).

5. Federal Defendant does not waive but specifically reserves all defenses available to it under Rules 12 and 19 of the Federal Rules of Civil Procedure.

6. Pursuant to 28 U.S.C. § 1446(d), Federal Defendant is filing this day a copy of this Notice of Removal via the Mississippi Electronic Courts filing system in the state court action.

Dated: July 7, 2023

Respectfully submitted,
DARREN J. LAMARCA
*United States Attorney for the*
*Southern District of Misissippi*

By: /s/ *Gregg Mayer*
GREGG MAYER (MSB# 102232)
Assistant United States Attorney
Office of the United States Attorney
SOUTHERN DISTRICT OF MISSISSIPPI
501 East Court Street, Suite 4.430
Jackson, MS  39201
Telephone:  601-973-2877
Facsimile:  601-965-4032
E-mail:  Gregg.Mayer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the Electronic Case Filing system (ECF). I certify that a true copy of the foregoing has been mailed via United States Mail, postage prepaid, to:

Robert Gibbs
Gibbs Travis PLLC
210 East Capitol Street
Suite 1801
Jackson, MS 39201
*Attorney for the Plaintiff*


Dated: July 7, 2023                                     */s/ Gregg Mayer*
                                                        GREGG MAYER (MSB# 102232)