UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GULF GUARANTY LIFE                                                                    PLAINTIFF
INSURANCE COMPANY

V.                                         CIVIL ACTION NO. 3:23-CV-435-KHJ-MTP

UNITED STATES DEPARTMENT                                                        DEFENDANT
OF AGRICULTURE FOREST SERVICE

FINAL JUDGMENT

For the reasons stated in the Court's Order, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendant. Plaintiff's claims are dismissed without prejudice. This case is closed.

SO ORDERED, this 30th day of August, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE